FILED
SEP 28 2015
At _____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
__Northern__ DISTRICT OF INDIANA
__South Bend__ DIVISION

__NyKAZA GEE__,  )
      Petitioner, )
       )
    v. )   CAUSE NO.: __3:15cv442__
__Indiana Department__ )
__of Correction__, )
      Respondent. )

## PRISON PETITIONER TO PROCEED
## IN FORMA PAUPERIS

I, __NyKAZA GEE__, offender number __127839__ declare that I am unable to prepay the full filing fees and costs of this proceeding, or to give security because of my poverty. I believe that I am entitled to redress and I petition the court for leave to proceed in forma pauperis in my:

[X] 42 U.S.C. § 1983 Civil Rights complaint     [ ] 28 U.S.C. § 2254 Habeas Corpus Petition

[ ] 42 U.S.C. § 1983 Civil Rights Appeal     [ ] 28 U.S.C. § Habeas Corpus Appeal

1. Do you work? [X] NO [ ] YES, I earn $ _____ per month.

2. Do you receive idle pay [X] NO [ ] YES, I earn $ _____ per month.

3. Have you ever filed a law suit in the United States District Court for the Southern District of Indiana? [X] NO [ ] YES.

4. Have you ever filed a law suit in a federal court outside of Indiana?
    [X] NO [ ] YES, in the _____ District of _____ in the year _____.

I declare under penalty of perjury, Pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on this __24__ day of __September__, 20__15__.

_NyKaza Gee_
__NyKAZA GEE__, Petitioner (__127839__)

1

## OFFICIAL NOTARIZED CERTIFICATE OF PRISONER ACCOUNT

I certify that __NyKAZA GEE__, DOC # __127839__, has $ __94.57__ in his prisoner trust account. I certify that during the last six months (or ____ months if the prisoner has been confined less than six months) that The prisoner's average monthly BALANCE was $ __45.95__,

And that the prisoner's average monthly DEPOSITS were $ __95.00__.

I certify that I have <u>attached</u> a true and correct copy of the prisoner trust account statement for the last six months or for the duration of his confinement in the Indiana Department of Corrections.

Signed this __17__ day of __September__, 20 __15__.

_Cynthia Lasco_
Signature of Authorized Officer

_Cynthia Lasco, Accountant 6_
Printed Name and Job Title

Business Administration Office
Indiana State Prison
1 Park Row
Michigan City, IN 46360

Subscribed and sworn to before me on this __17__ day of __SEPTEMBER__, 20 __15__.

_Phyllis F Leaner_
Notary Public Signature

_Phyllis F Leaner_
Notary Name Printed

_La Porte_
County of Residence

My commission Expires:

PHYLLIS F. LEANER
La Porte County
My Commission Expires
February 17, 2023

(month) (day) (year)

2