# United States District Court
# Northern District of Indiana

| | |
|---|---|
| NYKAZA GEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:15-CV-442 JVB |
| v. | ) |
| | ) |
| INDIANA DEPARTMENT OF | ) |
| CORRECTIONS, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Nykaza Gee, a *pro se* prisoner, moves for leave to proceed *in forma pauperis*. (DE 2.)

Therefore, pursuant to 28 U.S.C. § 1915(b), the court:

(1) **GRANTS** the plaintiff leave to proceed *in forma pauperis* (DE 2);

(2) **ORDERS** the plaintiff **Nykaza Gee, IDOC #127839** to immediately pay (and the facility having custody of him to automatically remit) **$19.00** to the clerk of this court as payment of the initial partial filing fee;

(3) **ORDERS** the plaintiff to pay (and the facility having custody of him to automatically remit) to the clerk of this court 20 percent of the money he receives for each calendar month during which he receives $10.00 or more, until the $350.00 filing fee is paid in full; and

(4) **DIRECTS** the clerk of court to ensure that a copy of this order is mailed to each facility where the plaintiff is housed until the filing fee has been paid in full.

**SO ORDERED** on October 2, 2015.

    s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge
Hammond Division