# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**-FILED-**

NYKAZA GEE ,  )
PLAINTIFF  )
*[Type or print your name on the line above]*  )

JAN 11 2016

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

v.

OFFICER JARVARISH  )
OFFICER BRADY JANOVITZ ,  )
DEFENDANT  )
*[Type or print only the name of the first person you are suing. List everyone you are suing on page 2.]*

Cause No. __3:15-cv-442__

*[Leave this blank, the clerk will supply the cause number when your case is received.]*

## PRISONER COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. **PLAINTIFF** *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. __NYKAZA__  __GEE__  __127839__
   Name: First      Middle      Last      Offender Number

2. Where are you being held: __ISP/MICHIGAN CITY PRISON__
   *[name the prison or jail where you are incarcerated]*

3. What is the address: __1 PARK ROW St. MICHIGAN CITY, INDIANA 46360__

3a. What is the telephone number: _____

4. Did the things that you are suing about happen in the place listed above:

   ☑ YES, it happened here in the same facility I am being held at today.

   ☐ NO, it happened at _____.

5. Did the things that you are now suing about, happen:

   ☐ before you were confined, or

   ☐ when you were confined awaiting trial, or

   ☑ after conviction while confined serving a sentence.

(Revised March 2002)

B. DEFENDANT(S) How many defendants are you suing: (2) TWO

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, <u>number</u> them.]

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|
| 1. | OFFICER JARVARISH, OFFICER BRADY JANOVITZ | INDIANA STATE CORRECTIONAL OFFICER | INDIANA STATE PRISON, MICHIGAN CITY PRISON, 1 PARK ROW, MICHIGAN CITY, IN 46360 |
| 2. | OFFICER ERIC PARRISH | INDIANA STATE CORRECTIONAL OFFICER | INDIANA STATE PRISON, MICHIGAN CITY PRISON, 1 PARK ROW, MICHIGAN CITY, IN 46361 |

## II. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?
☑ YES      ☐ NO

B. If yes, did you file a grievance about the things you are suing about?
☐ YES [Attach the response from the final step of the grievance process.]
☑ NO [Explain why you did not file a grievance.]

I was told by Internal Affairs that the Informal, And statement given was part of the grievance process. All of which, again assured with the Major.

## III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation.
**Number your paragraphs.**

1. I'm suing Officer ERIC PARRISH for his function and accomplish in the injury's and attempt to Murder with Officer Brady Janovitz. On July 21, 2014, Time (11:00 Am noon — 1:30 pm.) In (B) Cell-House at Michigan City Prison in Michigan City Indiana.
With the confindment, and disfunctional left hand middle finger on NyKAZA Gee thur out the Attack. Cut to the fore-head, brused and swollen right shoulder with skin removed. Causing a internal poke under Gee's right back shoulder blade (near back spine) still. All with the intent to Murder. And never releast Gee's middle finger. "Left hand middle finger" I might add.* Hear more Attach.

2. 
I'm suing Officer Brady Janovitz for Attempt to MurDER. The push and ramming into the cell-house bars causing a cut to the fore-head of NyKAZA Gee. The disfunctional shoulder and poke to Mr. Gee's right shoulder blade of his back. The twist to Mr. Gee's right arm, and choke-hole to NyKAZA Gee neck seal.

*Cause(s) of Action with Supporting Facts (continued)*

2.b The hit to Gee's back of the head causing decapitated internal head removal from it's stand. The Chop! To the back of Gee's head with a blade, and the Attempt to Murder. On July 21, 2014, Time (11:00AM. noon — 1:30pm) In (B) Cell-House at Michigan City Prison, in Michigan City Indiana. That later cause several stitches to the back of Nykaza Gee head when he came too. However, Mr. Gee suffered for up to (58) fifty-eight days with his internal decapitated head from it's stand, and unseal until treated. Mr. Gee's 20/20 vision is gone (needed glasses). Scarred! With a disfigurated head. *Hear more Attach.

Both Officer Brady Janovitz, and Officer Eric Parrish violated: United States Constitutional number (8) eight, and (14) Fourteen Amendment.

More Page (4) Supporting Facts #A & #B, And Pages (1 out of 6). ISP #3487 Health Care: Decapitated Head Surgery Optometry: Appointments / glasses pick-up slips (2).

4

#A

In responce to your letter. That was dated December 10, 2015 and attached to this NEW Complaint form for Amendment.

First of all, there is no justify reason period, for either Officer actions. Officer Brady Janovita and Officer Eric Parrish did injured me (NYKAZA Gee). Due to the action taken from both Officers on July 21, 2014, I inherit a small gash cut to my forehead from the cell-house bars. From having my head push into the bars, causing 2 to 3 months of head-aches has heal. Then a right swollen shoulder causing skin lost, on the top and back right shoulder causing tissue removed. Which has heal. And skin is now back over time. However, the poke to the right back Is internal under right center lower shoulder blade; that comes and goes since this attack, still today. I fill the ramming into (B) Cell-house bars for a <u>second</u> time during this attack cause this poke to my internal center back spine; and lower right shoulder blade weigh's it's self alone, as a major factor. Due to the skin tissue removed from the top and back right shoulder; shows all the force from both Officer's, for starters during the attack.

With a disfigured middle finger by way of Confindment through-out it all. Is now today functionab

I can not give you no reason on what transpired the Officer's for the attack, because very little

#B

Maybe Officer Eric Parrish wanted me to be clean, I knew possible laundry would be pick·up that night. However, that was never discuss. Officer Brady Janovitz I never saw him before, ever! Maybe once in (B) Cell·house on July 21, 2014 in my life, while checking on my (passenger) offender before such. And for the trauma hit to the back of the head cause me to be daised already. Then the choke·hole; and just choke as I gasp for air. Then releast, then chop! To the back of the head with a blade to my internal head skull or further. One officer stated (out the two) I see it! Yet, I just went. All in which, later causing a period of time of surgery and several stitches enter and outer head detail. Justification leads for the attempt to murder; and to find after (58) days from this attempt, finds that (I) Nykaza Gee had been decapitated (internal) from it's head stand from this attack on July 21, 2014. And with no more 20/20 vision (needed glasses). Therefore, I'm now bless today to tell the court what (I) Nykaza Gee recollect from July 21, 2014 attempt.

## Attack/Attempted Murder

On July 21, 2014 I NYKAZA GEE (127839) left my cell at B-420-North; In (B) Cell House, at Michigan City Prison. To go downstairs to pick-up my wheel chair passenger on early line movement at (B-119-South) cell. To roll him to lunch, and school. And to see was he going that day. The cell-house had just came off lock-down that morning. The time of this incident (11:00 A.M. noon — 1:30 p.m.). He was not going. I then walk back up-stairs to visit another offender at cell (B-421-South). And to wait for the lunch line to be called. As time went by: ME! Standing-out on the range on 400-South at my visitor's cell (B-421-South) I ask him to ajust his fan as I talk to his neighbor for a little bit. It was hot that day, and the south-side is more hotter than the north-side, to my ideal. I was a "Recycle Recovery Operator" for (B) Cell-House from July 20, 2012 thur January 2014. And had been housed at (B) Cell-House, B-420-North at Michigan City Prison, since my arrival: (March 2, 2010) from Pendleton Correctional Facility. As I continued my visit, I explain: after I wash my face before I left my cell I put on some hair-dresser oil, onto my beard. And I felt a little heated, and plus this side is hot. B-421-South then laugh, and said: Na'll thats that hat on your head. I said: quit trying to be funny you know them clowns put magic shave in my hair. (November 2013 thur January 2014 when notice).

I then decided to sit on the ground, placing one hand after another down the cell bars located at (B) cell-House 421-South. So I wouldn't get that dirty. (Knowing possible laundry that night, or soon). Offender B-421-South moved his fan around on the floor directly on me to shoot-out on the range. It was already on the floor as he was doing etc. things in his cell before chow, and talking to me. As time went on, I notice (2) two Correctional officers coming down 400 South range. I stated: now here they come as soon as I get comfortable. B-421-South stated: who? As he then started to look out his mirror. I then said: let me scoot over so they can get by. As the (2) two Correctional officers walk down the range. Up too the front of the cell (B-421-South) door, and the front of my feet. It was (Now who I know as) Officer Parrish, and officer Jarvarish. Officer Parrish stated what's going on MR. Gee, I stated: Nothing just tryin to keep cool, it's hot! Officer Parrish stated: You sure. I stated: Yeah! Man I'm cool. Officer Parrish stated: why you sitting on the floor. I said: cause that's where his fan is. I then moved over closer to the cell of B-421-South, As I stated: why ya'll need to get by. Officer Parrish said: Na'll we're alright! I look at Officer Parrish and said: What! Thats not enough room, or you just gone hang-out wit us. Officer Parrish stated I want to know why you on the floor. I said: as I got up It aint like I can't get up, see... I said I told you I was hot

Officer Parrish moved around to my left side, as Officer Jarvarish moved forward to my right-side. I said: Dang Man I'm about to sit back down, it's hot! And ya'll surrounding me. Officer Parrish said: Na'll just stand here. I said: for what, it's hot; I just oil my beard, and plus I got this hat on. And I'm suppose to be out. Dude not going today (school). As officer Parrish was reaching and holding my rist, officer Jarvarish moved in closer to my right arm. Officer Parrish releast my left arm rist; and took my hand and middle finger. I said: Man what you on. Am I under arrest for something. No! Responce. That's when Officer Jarvarish start to hold my right hand and back right arm. As both officers start to move me (NYKAZA Gee) around left to right. And then start to pull both left and right arm. Officer Parrish never let my left hand middle finger go. Officer Parrish started to raise my left arm up. And began bending my left hand middle finger back, As the two, and I where moving up the range. I stated: come on man why you doing that? At that time Officer Jarvarish push the back of my fore-head and neck into the bars. I stated: That's what we on! Officer Parrish continue to hold my left rist and bending my left middle finger as I leaned over. I then was push into the bars by one of the officer's whole body. And then Officer Jarvarish took my right hand and arm pushing it into the bars. (As my hat fell off). Ramming my right shoulder into the bars. Then as I began to raise up Officer Jarvarish let my right hand go.

An began to put me into a head-lock, and choking me. I could not do nothing but open both hands... (officer Parrish continue to bend my left middle finger through it all). Officer Jarvarish then finally stop choking me; letting me and my neck, and head go. Officer Parrish continue to bend my left middle finger. And began raising my left arm up and moving me around to him. An then I began to lean over. And then I was knock into the back of my head very very hard! I was daised! Officer Parrish never let my left middle finger go. I then heard a sound: Tick, Tick, Tick As I began to raise up... Then Chop! I was chopped in the back of my head with a blade. (My head lit-up and then shut-down) I felt my head being shook a little, and the blade lifted. And then I just went, I was out!

When I came to: I saw my T-shirt and the concrete. Then black bars. I attempt to get up, and found Officer Parrish holding my left middle finger. He then began on his radio I then snatch my hand, and got up on my feet, and look around. Then pick-up my hat, walked up 400 south range, got to the center stair wells. And went up to the top of 500 sout and down to cell 503 south in (B) Cell-House. And Ask that offender, before he said: What's up! I said: You see, Parrish nem. He said: na'll Parrish and who? I said: I don't know, I never saw him before. Maybe once. I got to go. He started talking, as I kept going. And back down the stairs to 400 south. And down to B-421-South. I state to him I can't go to my cell. Where they at! My head was just spinning I then saw a L.T. coming down the range.

He stated: Do you need a gurney, as I was walking back up 400 south. I said: a what, as I saw Officer Parrish coming down I then went around to my cell 400 north (B-420-North). Went inside close the door. Sip some water from the sink, and sat on the bed. Open my locker cabinet saw my mirror, and went to the back of my cabinet through my books and magazines to search for another mirror. At that time I glance and saw dark clothing at my cell door. I put a cookie in my mouth. He stated: They want you over at medical. I look, and it was Officer Jarvarish with his cuffs in his hands. I said: as I lock my cabinet; and stood, why do I need cuffs, I haven't did nothing. As I turn to be cuff. I didn't know what to do. I walked some-what fast as he walk and then on to me down the range. Once getting down to the bottom of the stairs. Officer Rice then said: Once she saw us, he don't need cuffs. Officer Jarvarish then removed the cuffs. As the front door of (B) Cell-House open I manage to walk outside of (B) Cell-House through the walk-way on to the Main Street over to the Infirmary. I then had to come back, down Infirmary stairs (outside door lock) back on Main Street by the center check point and (B) Cell-House I notice Officer Jarvarish. He then took me by the arm and escorted me back down the walk-way of (B) Cell House and The Church. Through the check-point across from (B) Cell-House. Officer Jarvarish stated: as we got near the check-point now I'm going to get the keys out, so tru. or don't run. I said: Man come on here. As we got

through the second door of the check-point we start to walk down the side walk of the Internal Affairs. Officer Jarvarish began to slow up his walk, and stated: to me; you know you fell right! I said: MAN fell, alright whatever. He said: I'm serious! As we took a few more paces. He said: Alright! So what you gone tell em. I was speechless. As we turn the right corner of the side-walk. Nothing said down the walk and up the stairs of the Infirmary. As we went inside towards the back of the Infirmary through the cage and door. I said: I'm gone tell 'em what happen if they ask, what you mean? I then received Medical attention.

# REQUEST FOR HEALTH CARE

State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

INDIANA DEPARTMENT OF CORRECTION

ISP#3487

## TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☑ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☐ Other (specify) _____

**Nature of complaint:** Do to my Attack that took place on July 21, 2014 has lead my neck, and upper back spine to become disfigured. I'm in need for some (x-Ray's, and exzamination) to the entire head. If there is Any Local Hospital that ISP take offenders, I would like to go (A.S.A.P) for it.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

B420

| Signature of Offender | Printed name | DOC number | Date signed (month, day, year) |
|---|---|---|---|
| Nykaza Gee | NYKAZA Gee | 127839 | 9-11-2014 |

## TO BE COMPLETED BY HEALTH CARE STAFF

**Response of Health Care staff:**

7/13/17 No Strel

98%    1) turning head side - Rom limiting    8-24-14   NSC
97.0   2) Rom - shoulders limited             7-21-14   Sigtra 300
65R    3) Pain with movement
16
140/90   Seen by Provider 9-17
209                                Seen by Provider

IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

Signature of Health Care staff: _____   Date signed (month, day, year): 9-17

CALL OUT PASS            № 185551   76

Time Wanted 11:00 Am   Date 10/3/14
Name Gee           No 127839
From B420
To Optometry
Requested by Klitch
Left 11:13 _____ (Officer)
       (Time)
Arrived _____ _____
       (Time)    (Officer)
Left 1:00 _____
       (Time)    (Officer)
Returned _____ _____
       (Time)    (Officer)

State Form #46691 R (6-94)

---

glasses pickup

CALL OUT PASS
State Form 4510 (R2 / 7/10)

| Time wanted 8:00 Am | Date (month, day, year) 10/26/14 |
| Name Gee | Number 127839 |
| From B420 | |
| To Optometry | |
| Requested by Klitch | |
| Time left 8:00 | Officer |
| Time arrived 8:03 | Officer |
| Time left | Officer |
| Time returned | Officer |

\#   12284

## IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint? ☒ NO   ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____ Docket Number: _____

Date filed: _____ Date closed: _____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form cannot restore good time, expunge your record or get you released from custody.** For this type of relief, you must file a Habeas Corpus case under 28 U.S.C. § 2254.

(15) FIFTEEN BILLION DOLLARS

## VI. VERIFICATION AND SIGNATURE

## Initial Each Statement and Sign at the Bottom

_NG_ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_NG_ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_NG_ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_NG_ I have included full payment of the filing fee **OR** attached a properly completed prisoner petition to proceed *in forma pauperis* (available from the clerk) with a copy of my prison trust fund account statement for the six months preceding the filing of this case.

_NG_ I agree to promptly notify the clerk of any change of address.

_NG_ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_NG_ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this __7__ day of __JANUARY__, 20_16_.

Nykaza Gee
Your Signature
NyKAZA GEE (127839)

Mail all of these papers to the appropriate Clerk's office - see next page for addresses.

6

N. Gee #127839 A-245
Indiana State Prison
One Park Row
Michigan City, IN 46360

7012 2210 0001 8832 3680

U.S. POSTAGE $0
ZIP 46360
0001399635

Office of the Clerk
U. S. District Court
For the Northern District of Indiana
Hammond Division
5400 Federal Plaza, Suite 2300
Hammond, Indiana 46302