United States District Court
Northern District of Indiana

| | | |
|---|---|---|
| NYKAZA GEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  3:15-CV-442 JVB |
| v. | ) | |
| | ) | |
| INDIANA DEPARTMENT OF CORRECTIONS, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Nykaza Gee, a *pro se* prisoner, filed an amended complaint, but that pleading makes it unclear whether he is trying to sue two defendants or three. On the first and second pages, "Officer Jarvarish Officer Brady Janovitz" is named as the first defendant. On page 2, Officer Eric Parrish is identified as a second defendant. Gee has only submitted a summons form and USM-285's for Officers Brady Janovitz and Eric Parrish, not for Officer Javarish. In his amended complaint, Gee first alleges he was assaulted by Officer Brady Janovitz and Eric Parrish, (DE 7 at 3-5), but then alleges it was Officer Jarvarish and Eric Parrish who assaulted him. (*Id*. at 8-12.) It is unclear whether "Officer Jarvarish Officer Brady Janovitz" is a single defendant or Officer Jarvarish is one defendant and Officer Brady Janovitz is another defendant. If these are different defendants, Gee must provide the court with sufficient service documents for Officer Jarvarish.

Because it is unclear what defendants he is trying to sue, the court: (1) **STRIKES** the amended complaint (DE 7); (2) **DIRECTS** the clerk to place this cause number on a blank Prisoner Complaint 42 U.S.C. § 1983 form and send it to Nykaza Gee along with 2 blank summons forms and 1 blank USM-285 form; (**3**) **GRANTS** Nykaza Gee until April 4, 2016, to

file a second amended complaint clearly identifying who he is suing and return the summons and USM-285 forms properly completed for any newly named defendant; and (4) **CAUTIONS** Nykaza Gee that if he does not respond by the deadline, his case will be closed without further notice.

      **SO ORDERED** on March 1, 2016.

                                                                                      s/ Joseph S. Van Bokkelen  
                                                                                       Joseph S. Van Bokkelen  
                                                                                       United States District Judge  
                                                                                       Hammond Division