UNITED STATES DISTRICT COURT FILED
NORTHERN DISTRICT OF INDIANA

MAR 07 2016

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

NYKAZA GEE, )
PLAINTIFF )
*[Type or print your name on the line above]* )
)
v. )
) Cause No. 3:15 cv 432 JTM-CAN
OFFICER ERIC PARRISH, )
DEFENDANT ) *[Leave this blank, the clerk will*
) *supply the cause number when*
*[Type or print only the name of the first* ) *your case is received.]*
*person you are suing. List everyone you* )
*are suing on page 2.]* )

## PRISONER COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. NYKAZA           GEE          127839
   Name: First    Middle    Last    Offender Number

2. Where are you being held: ISP/MICHIGAN CITY PRISON
   *[name the prison or jail where you are incarcerated]*

3. What is the address: 1 PARK ROW St. MICHIGAN CITY, INDIANA 46360

3a. What is the telephone number: _____

4. Did the things that you are suing about happen in the place listed above:

   ☑ YES, it happened here in the same facility I am being held at today.

   ☐ NO, it happened at _____.

5. Did the things that you are now suing about, happen:

   ☐ before you were confined, or

   ☐ when you were confined awaiting trial, or

   ☑ after conviction while confined serving a sentence.

(Revised March 2002)

B. DEFENDANT(S) How many defendants are you suing: (2) TWO

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, <u>number</u> them.]

| # | Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|---|
| 1. | OFFICER ERIC PARRISH | Indiana STATE CORRECTIONAL OFFICER | Indiana State PRISON MICHIGAN CITY PRISON 1 PARK ROW MICHIGAN CITY, IN 46360 |
| 2. | SERGEANT KEN Young | Indiana STATE CORRECTIONAL OFFICER | Indiana State Prison MICHIGAN CITY PRISON 1 PARK ROW MICHIGAN CITY, IN 46360 |
| 3. | OFFENDERS | SEVERAL STATE OFFENDERS | |

## II. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

☑ YES   ☐ NO

B. If yes, did you file a grievance about the things you are suing about?

☐ YES [Attach the response from the final step of the grievance process.]

☑ NO [Explain why you did not file a grievance.] I WAS told by: Unit Team Staff in (B) CEll-HousE that they where out. That I need to be Escorted over to Medical, and then Mental health for this matter. I Nykazh Gee told Internal Affairs what was said above. They then said: I'll take your statement now As the informal.

\* Page #2b attach

2

#2b.

Court:

As to the ORDER I received on February 18th, 2016 # 3:15-CV-432 JTM-CAN, and New Complaint directs. Enclose, and attach to pAgE (4) four supporting facts is: (8) Eight pAgES that I NykAzA GEE rEcollect on what did happen on November 10, 2014 hand written as a "Amendment to PEtition," as request.

Thank You,

N. Gee (127839)

## III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation. **Number your paragraphs.**

#1. I'm suing Officer Eric Parrish for Rape & Sexually Abuse. Officer Eric Parrish miss lead Gee for a cell-house shake-down. Confind Gee (shackle) to Gee's housing bed. Located at B-420-North, In (B) cell-house, at Michigan City Prison, In Michigan Indiana on November 10, 2014 Time (11:30 noon - 2 p.m). Officer Eric Parrish used Gee's personal possession (photo's) to engage himself into a sex act (masterbated) with Gee's presence. After such Officer Eric Parrish touch Gee's face; instead of removing the leg shackle, like he stated. Which lead to Officer Eric Parrish and Gee in a struggle. (Gee with no breaking point) Officer Eric Parrish attempt to ram his hand down Gee's pants (butt). While choking Gee with one arm. — continue as number (3) three —.

#2. I'm suing Sergeant Ken Young for Rape. Sergeant Ken Young used his powerful force in luring Nykaza Gee's boxer shorts, and pants un-buckle and pulled down to Gee's lower knees. Being nude and displayed among the two Officer while confind to a bed. With the fact of

3

*Cause(s) of Action with Supporting Facts (continued)*

having to listen to Sergeant Ken Young's personal theory and judgement about Gee's personal private part. Then left Gee displayed (nude)! Made everything that took place moments later easier for Officer Eric Parrish and upto 15 to 25 offenders to add to Rape and Sexually Abuse Gee by way of fingers while shackle to a bed.

#3. Officer Eric Parrish inflick his finger to, and into Gee's rectum. He was assist by several offenders. As officer Eric Parrish continue the Abuse to Gee's rectum, and communicating with the offender's while assisting confindmer Left Gee no room to defend himself. Officer Eric Parrish use his athoritys to vouch to the offenders that this "sex act" was find. The rotated and confindment cycle continue to Gee's rectum. Officer Eric Parrish past out supplies for the sexual abuse act, to Gee's rectum (gloves).

I Nykaza Gee inherit hits, and blows to head, back, legs, and neck. Etc. With different speeds (fingers) to my rectum for over a long period of time with no escape, as the cycle continued. Lead to cuts, scars, and hemorrhoids to Gee's rectum, after such. Violating Officer Eric Parrish, Sergeant Ken Young both under United States Constitution (8) eight, (4) four, and (14) fourteen Amendment.

4

# RAPE / SEXUAL ABUSE

On November 10, 2014. Time: 11:30 A.M. Noon — 2 P.M. I NYKAZA GEE (127839) was housed at Michigan City Prison. And located in (B) Cell-House at B-420-North. At that time I was a wheelchair pusher; and my passenger was located in (B) Cell-House as well, at B-119-South. After not having to take/wheel him to school that day. I NYKAZA GEE return to B-Cell-House after and during early line movement with my lunch, and taken it up to my cell (B-420-North). Another offender stop by my cell, and sat. Talk while watching television ESPN Highlights of different games. And the prison music station. As time went on he stated: he was going to watch it at his cell, and use the toliet before the cell house lunch line. Once he left, I look around to find that my ½ bag of coffee I just had, had fell on the side of my bed. I then, put one knee down on the floor to reach for it, and couldn't. So I laid on the floor and went under the bed. At that time someone said: what's going on. I came from under the bed to find Officer Parrish standing at my cell door (B-420-North). I said: nothing man I drop my coffee on the side of the bed. "I too, had plan on making a cup, and possibly using the toliet. I had had my sheet up (½) way and that sounded like a good ideal once the other offender left." At that time Officer Parrish pulled my cell door open, and began to enter, and stated: I'm going to have to shake you down. He then enter and said: yeah! Gee I'm gone have to put these

on you. (I NYKAZA Gee had already gotten up and sat on the bed). Officer Parrish had shackle cuffs in his hand. He then stated as he went to the back of my cell. Yeah! Gee get that curtain up. I Nykaza Gee stood up to take the sheet down. Officer Parrish stated: Yeah! Gee I want to look at some/these pics. I NYKAZA Gee said: What? You know I don't be fuck'in wit you. And then that last incident; as I took the sheet and place it up for Officer Parrish, and turn around and said: what you say. Officer Parrish was standing with the cuffs in his hands (both). I Nykaza Gee then sat down on the bed. Officer Parrish walk back pass me, and said: Hey Gee! I need you to scoot over this way for me (as he neel down). He then cuff my left ankle to the bar of the bed (leg). Officer Parrish stated: I'm not going to really shake you down. I want to see some pics. He then open my cabinet (that was sitting right in front of me, with my T.V. sitting on top in the center of the cabinet) And took out one of my (NYKAZA Gee) photo Album and some other pictures. Officer Parrish then place what he came for on the sink of the toliet. And said: See Gee I didn't have anyone growing up I didn't have my Mom to look after me. Someone else had to raise me. (I NyKAZA Gee said: What do that have to do with anything). As Officer Parrish then took out him a rubber glove; un-zip his pants, and face the ladies poster I had on the wall next to the toliet and sink. An my locker cabinet. Pulled out his penis, and began to masterbate! At that time I (NYKAZA Gee) said: Man you serious! I then

pulled the hat over my whole face that I had on (one that the prison issue) and sat there shackle. Officer Parrish then began to say. (I Nykaza Gee quickly said: Don't talk to me, I don't want to hear it). As time went by: Officer Parrish began making loud noises. (I Nykaza Gee said: Man shut yo ass up making all that noise like we in here doing something, or something). Once nearly reaching his peak. (I Nykaza Gee said: And hurry up, hell). Don't nobody want to smell yo rotten moth'a fuck'in ass. In here jack'in off! All these find ass women in this world. You bring yo ass to work to jack-off. And then you can't get a girl, what the hell you doing with my photo album, and pictures. And then knowing where all my shit is at! You been in here before doing that, wit yo rotten ass. Officer Parrish said: No! No! Here! I'm all done I'm washing my hands. At that time I (Nykaza Gee) remove my hat from over my face to find that (Officer Parrish was holding one glove and wipping around the sink with toilet paper) the water was running. Officer Parrish said: See! I'm throwing this away (the glove) and flushing it (Office Parrish flush the toilet) showing high five with both hands. Took my soap, out of my soap dish (I had place else where with face towel, and towels) And wash his hands. Officer Parrish then rolled off some toilet paper to dry his hands, and then toilet sink. Officer Parrish states: (As I Nykaz. Gee pulled my hat back over my face) See nothings out of place I know how you like your things nice and neat. At that time I Nykaza Gee (moved) scooted up, towards my cabinet a little to wait to be un-shackle. Officer Parrish

USDC IN/ND case 3:15-cv-00442-JVB-MGG   document 11   filed 03/07/16   page 9 of 16

then pulled the top; then bottom front up, of my hat and touch my face. I Nykaza Gee then went to give him a upper cut with a close fist, and mist as I stood up, then I raised my hat from over my face. And said: Man what you on. Don't be touching my face after you just jack-off. Officer Parrish stood at the back of the cell in rage. He then stated: Oh! You than fuck-up now. And jump up on my bed. (As I look at him) He then ran across my bed to the entrance and jump down. I then turn left (180°) and look at him. Officer Parrish then jump-up on the edge of the bed and onto my back, and began choking me with both arms. (As this went on between the bed and cabinet, and a outing to the entrance). As I Nykaza Gee (dance) turn around with Officer Parrish still on my back and choking me. He kick the wall, and we both landed on the edge of the bed. I was face down, and Officer Parrish was laying on my back, and legs off the bed. As this struggle went on we both became on our right side. As officer Parrish continue to choke me. I then push my body back hard to push his back against the wall (twice). At that time a neighbor came in and moved officer Parrish to place a better grip on me. Officer Parrish then stated: to him Na'll, Na'll where OK. I'm going to teach this Mother fucker. At that time the neighbor ran out of the cell of B-420-North. Officer Parrish was still on my back and legs. And then attempt to put his hand down my pants of my butt. (I said: fuck you! You not getting in there) men ware belts. (officer Parrish repeat the same step) Then began

hitting me in the back repeatly, as he cross his legs around me. Officer Parrish then stop. And said: I got all night. At that time my hat was (½) over my face. Then someone else enter the room (cell-B-420-North) it was Sergeant Young. As Officer Parrish and I (NYKAZA GEE) where laying on our sides on the bed. Officer Parrish went on to say something to the Sgt. about how he can't get the big mother fucker to something e.t.c. and releast one arm. At that time we where both pulled up by Sergeant Young. Officer Parrish never took his arm from around me. I'm now half way sitting in Officer Parrish lap. With both arms around me, in a choke-whole position. Officer Parrish went on to tell Sergeant Young somethings what just happen. "As Officer Parrish then releast my neck a little" And what he's trying to do. (I NYKAZA GEE was sitting in the lap of Officer Parrish at that time) at the bottom of the bed in a twist with my left leg still shackle over my right leg. At that time Sergeant Young: As he stood infront of me (NYKAZA GEE) and the door inside cell B-420-North in B-CELL-House. Said: WE'll just see about that! And Sgt. Young began to un-buckle "I" NYKAZA GEE belt on the pants I was wearing. Then un-button and un-zip my pants, and then began to pull my pants down while I NYKAZA Gee was sitting and trying to kick in Officer Parrish lap. (I NYKAZA GEE then said: Get on Young I knew you was a oh fag). Sergeant Young began to struggle trying to get my pants down, and from over my butt. Thats when officer Parrish

lean back with Nykaza Gee in his lap, and back in choke-whole. Once Sergeant Young took Nykaza Gee pants, and boxer shorts down to his lower knees, and caffs (legs). Nykaza Gee was then displayed. Sergeant Young stated: Ah look! Then! wait a minute, I don't see nothing. The (2) two officers at that time just gazed for about two, to three minutes. After grading I Nykaza Gee said: Whatever Ya'll both some fags. Sergeant Young then said: What you say to me. (No Responce!) Sergeant Young then hit Nykaza Gee on the head. And said: let me get out of here before I been than kill this boy. Then Sergeant Young said: As you where. As he left out of the cell-B-420-North At that time Officer Parrish push Nykaza Gee off his lap and stood up. I Nykaza Gee reach down to my caff's and near ankles to pull up my pants, as I then pulled up my hat from ½ my face and stood. Officer Parrish was standing there preparing a rubber glove on as I look at him. Officer Parrish then pops the glove and said not yet! He then spent Nykaza Gee around, and tackle me up on the bed (causing both my legs to hit the metal) at the same time, and then jump on the back of me (Nykaza Gee) and rammed his finger into my rectum (butt). I Nykaza Gee stated: Ah! I'm gone get yo ass. As I began to raise up some and toss Officer Parrish on his side, as he was pulling me with his arm and locking my legs. I got Officer Parrish back all most against the wall again. As he choke and repeatly rammed his finger in my (Nykaza Gee) rectum.

USDC IN/ND case 3:15-cv-00442-JVB-MGG   document 11   filed 03/07/16   page 12 of 16

Officer Parrish then stated: Who's screwing who now! At that time a group of offenders came in Cell-B-420-North and assist Officer Parrish. Sat on Nykaza Gee right leg with their back against the wall, one came sat on both hands and arms. Officer Parrish repeatly ramming his finger into the rectum of Nykaza Gee. As time went by: all parties excided! One offender said: Hey! Man I want a try. Officer Parrish then said: Oh! You want a try. As he releast his finger from Nykaza Gee rectum and got up off the bed and Gee. (As I Nykaza Gee still fighting to get loose). Another offender repeated the same act to Nykaza Gee rectum with his finger. I Nykaza Gee then heard Officer Parrish say: you guys want to try too, fuck him! At that time I Nykaza Gee look back far as I could and saw Officer Parrish passing out rubber gloves. The offenders began to rotate sitting on Nykaza Gee right leg; and sitting on his, my right arms, and left arm, but at times it became free, and able to strike much as I could. Gee left leg stayed shackle. After that group all rotated through me (Nykaza Gee). Another group came and the same cycle continued. Offenders start to come; and Officer Parrish stood and watch, as he pass out gloves with a line as if I (Nykaza Gee) was a drive-thur. As time went on Offender continued, and Officer Parrish left and made his rounds. During some of that time I was hit in my legs, back, back of head, as offender put pressure on the back of my neck into the mattress. This all went on, same repeated cycle

And a few just viewed the (my) body. Upto fifteen to twenty-five or more offenders of all races. An up to an hour, or more. As the last group ran out of my cell as I Nykaza Gee started to strength. After a period I regain my conscious. I manage to turn-out of bed, to open the cell door at B-420-North and prayed that the survellance camera could see me. As I Nykaza Gee pull-up my pants. I then lifted up the arm of the bed to releast one side of the shackle cuff. Then waited! Officer Parrish then arrived at my cell (B-420-North). Officer Parrish then took the key and remove the shackle from Gee's ankle/leg and walk out of B-420-North. I Nykaza Gee then got my things, and walk to the shower, and showered. And return to my cell (B-420-North) for the remainer of the day, and night.

## IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint? ☑ NO   ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____ Docket Number: _____

Date filed: _____ Date closed: _____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form cannot restore good time, expunge your record or get you released from custody.** For this type of relief, you must file a Habeas Corpus case under 28 U.S.C. § 2254.

(15) FIFTEEN THOUSAND DOLLARS ————

5

## VI. VERIFICATION AND SIGNATURE

## Initial Each Statement and Sign at the Bottom

_NG_ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_NG_ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_NG_ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_NG_ I have included full payment of the filing fee **OR** attached a properly completed prisoner petition to proceed *in forma pauperis* (available from the clerk) with a copy of my prison trust fund account statement for the six months preceding the filing of this case.

_NG_ I agree to promptly notify the clerk of any change of address.

_NG_ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_NG_ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this _2_ day of _MARCH_, 20_16_.

_Nykazu Gee_
Your Signature

Mail all of these papers to the appropriate Clerk's office - see next page for addresses.

Vykaza Gee (127839)
A-245-S
Indiana State Prison
Park Row
Michigan City, IN 46360

Office of the Clerk
United States District
Northern District of Indiana
Christopher A. Nuechter
5400 Federal Plaza, Suite
Hammond, Indiana 46302

