# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

MAR 07 2016

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

NYKAZA Gee,
[Type or print your name on the line above]

v.

OFFICER ERIC PARRISH,
[Type or print only the name of the first person you are suing.]

Cause No. 3:15 cv 432 JTM-CAN
[If you are appealing, put the case number here. If this is a new case, leave this blank, the clerk will supply the number.]

## PRISONER PETITION TO PROCEED
## IN FORMA PAUPERIS

I, NYKAZA Gee, offender number 127839, declare that I am unable to prepay the full filing fees and costs of this proceeding, or to give security because of my poverty. I believe that I am entitled to redress and I petition the court for leave to proceed *in forma pauperis* in my:

☑ 42 U.S.C. § 1983 Civil Rights Complaint   ☐ 28 U.S.C. § 2254 Habeas Corpus Petition

☐ 42 U.S.C. § 1983 Civil Rights Appeal   ☐ 28 U.S.C. § 2254 Habeas Corpus Appeal

1. Do you work? ☑ NO ☐ YES, I earn $_____ per month.

2. Do you receive idle pay? ☑ NO ☐ YES, I receive $_____ per month.

3. Have you ever filed a lawsuit in the United States District Court for the Southern District of Indiana? ☑ NO ☐ YES

4. Have you ever filed a lawsuit in a federal court outside of Indiana?
☑ NO ☐ YES, in the _____ District of _____ in the year _____.
[Attach additional sheets if needed.]

I declare **under penalty of perjury** that the foregoing is true and correct.
Signed this 2 day of MARCH, 2016.

Nykaza Gee
Your Signature

**NOTE: You must have a prison official fill out the certificate on the back of this form and attach a copy of your prisoner trust account statement for the last six months.**

## OFFICIAL CERTIFICATE OF PRISONER ACCOUNT

I certify that __NYKAZA GEE 127839__ has $ __119.06__ in his/her prisoner trust account. I certify that during the last six (6) months (or _____ month(s) if the prisoner has been confined less than six months) that the prisoner's

average monthly BALANCE was $ __48.39__,

and that the prisoner's average monthly DEPOSITS were $ __113.33__.

I certify that **I have attached** a true and correct copy of the **prisoner trust account statement** for the last six months or for the duration of his/her confinement at this institution if less than six months.

Signed this __1__ day of __March__, 20__13__.

__Cynthia Lasco__
Signature of Authorized Officer

__Cynthia Lasco, Accountant 6__
Printed Name and Job Title

__Indiana State Prison__
Name of Institution

(Revised March 2002)

```
REPORT ID: TFDRHRPT-30           INDIANA DEPARTMENT OF CORRECTION           DATE 03/01/2016
LOC: ISP                         ALL TRANSACTION HISTORY REPORT             TIME 08:20:40
                              AS OF 09/01/2015 THRU 03/01/2016              PAGE 1

OFFENDER NO: 127839  NAME: GEE, NYKAZA

DATE                                                                        ADDITIONAL
POSTED      ID   DOCUMENT NUMBER     TRAN DT      TYP CODE   AMOUNT         DESCRIPTION
02/23/2016  076  127839 GEE          02/16/2016    D  PCRT    $8.00         HAMMOND 442JVB
02/23/2016  076  127839 GEE          02/16/2016    D  PCRT    $7.94         SB 452 JM
02/23/2016  075  0055715352          02/23/2016    C  ELEC   $135.00        HARRIS,BREANN
02/16/2016  036  127839 GEE          02/16/2016    D  PCRT    $0.06         SB 452 JM
02/12/2016  006  ISP 02/12           02/12/2016    D  PHON    $5.00         ISP-021216-0041P   //
02/12/2016  005  ISP 02/12           02/12/2016    D  COMM   $20.82         ISP-021216-0041A   //
02/12/2016  005  ISP 02/12           02/12/2016    D  COMM    $0.98         ISP-021216-0041B
02/05/2016  028  LEGAL POST          02/05/2016    D  ISRV    $3.68         020416
02/05/2016  024  LAW LIBRAR          02/01/2016    D  ISRV    $0.50         2/4/16
02/01/2016  026  127839 GEE          02/01/2016    D  PCRT   $41.00         SB 452 JM
02/01/2016  026  127839 GEE          02/01/2016    D  PCRT   $27.96         HAMMOND 442JVB
02/01/2016  025  0054836360          02/01/2016    C  ELEC  $100.00         GEE,FLORA
01/20/2016  027  127839 GEE          01/20/2016    D  PCRT   $13.04         HAMMOND 442JVB
01/15/2016  006  ISP 01/15           01/15/2016    D  PHON    $5.00         ISP-011516-0066P   //
01/15/2016  005  ISP 01/15           01/15/2016    D  COMM   $87.87         ISP-011516-0066A   //
01/15/2016  005  ISP 01/15           01/15/2016    D  COMM   $17.09         ISP-011516-0066B
01/12/2016  019  LEGAL POST          01/12/2016    D  ISRV    $6.85         1/7/16
01/11/2016  023  LAW LIBRAR          01/11/2016    D  ISRV    $6.40         1/7/16
01/11/2016  023  LAW LIBRAR          01/11/2016    D  ISRV    $0.20         1/7/16
01/11/2016  023  LAW LIBRAR          01/11/2016    D  ISRV    $0.25         1/7/16
01/08/2016  054  0054046716          01/08/2016    C  ELEC   $40.00         ALLISON, VALISSA
12/29/2015  023  127839 GEE          12/17/2015    D  PCRT    $3.30         HAMMOND 442JVB
12/29/2015  022  0053648278          12/29/2015    C  ELEC  $100.00         GEE,FLORA
12/17/2015  024  127839 GEE          12/17/2015    D  PCRT    $6.70         HAMMOND 442JVB
12/10/2015  009  GIFT                12/10/2015    D  ADJC    $5.00
12/04/2015  001  ISP 12/04           12/04/2015    D  PHON   $59.72         ISP-120415-0084P   //
12/04/2015  001  ISP 12/04           12/04/2015    D  COMM   $15.24         ISP-120415-0084A   //
12/04/2015  001  ISP 12/04           12/04/2015    D  COMM   $18.34         ISP-120415-0084B
12/01/2015  036  127839 GEE          12/01/2015    D  PCRT    $5.00         SB US DIST INITIAL FE
11/13/2015  035  0052578091          11/13/2015    C  ELEC  $100.00         GEE,FLORA
11/13/2015  012  127839 GEE          11/13/2015    D  PCRT    $0.66         SB US DIST INITIAL FE
11/06/2015  002  ISP 11/06           11/06/2015    D  PHON    $5.00         ISP-110615-0062P   //
11/06/2015  001  ISP 11/06           11/06/2015    D  COMM   $39.35         ISP-110615-0062A   //
11/06/2015  001  ISP 11/06           11/06/2015    D  COMM    $5.58         ISP-110615-0062B
11/02/2015  040  0051563011          11/02/2015    C  ELEC   $50.00         GEE,FLORA
10/09/2015  008  ISP 10/09           10/09/2015    D  PHON    $5.00         ISP-100915-0043P   //
10/09/2015  007  ISP 10/09           10/09/2015    D  COMM   $72.39         ISP-100915-0043A   //
10/09/2015  007  ISP 10/09           10/09/2015    D  COMM   $18.98         ISP-100915-0043B
10/07/2015  007  127839 GEE          10/07/2015    D  PCRT   $19.00         HAM US DIST INITIAL F
10/05/2015  023  LAW LIBRAR          10/05/2015    D  ISRV    $8.00         9/28/15
10/01/2015  047  0050446876          10/01/2015    C  ELEC   $50.00         GEE,FLORA
09/30/2015  030  LAW LIB             09/30/2015    D  ISRV    $0.45         092415
```