# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-
MAR 14 2016
ROBERT N. TRGOVICH, Clerk M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

__NYKAZA GEE__,  )
PLAINTIFF  )
*[Type or print your name on the line above]*  )
)
v.  )
)          Cause No. __3:15CV442__
__OFFICER BRADY JANOVITZ__  )
DEFENDANT  )          *[Leave this blank, the clerk will*
*[Type or print only the name of the first*  )      *supply the cause number when*
*person you are suing. List everyone you*  )      *your case is received.]*
*are suing on page 2.]*  )

## PRISONER COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. __NYKAZA__            __GEE__            _____
   Name: First    Middle       Last           Offender Number

2. Where are you being held: __ISP/MICHIGAN CITY PRISON__
   *[name the prison or jail where you are incarcerated]*

3. What is the address: __1 PARK ROW ST. MICHIGAN CITY, INDIANA 46360__

3a. What is the telephone number: _____

4. Did the things that you are suing about happen in the place listed above:

   ☑ YES, it happened here in the same facility I am being held at today.

   ☐ NO, it happened at _____.

5. Did the things that you are now suing about, happen:

   ☐ before you were confined, or

   ☐ when you were confined awaiting trial, or

   ☑ after conviction while confined serving a sentence.

(Revised March 2002)

B. DEFENDANT(S) How many defendants are you suing: (2) TWO.

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]

# Defendant's Name    Job Title/Government Agency    Work Address

1. OFFICER Brady JANOVITZ
   INDIANA STATE Correctional OFFICER
   INDIANA STATE PRISON
   MICHIGAN CITY PRISON
   1 PARK ROW
   MICHIGAN CITY, IN
   46360

2. OFFICER ERIC PARRISH
   INDIANA STATE CORRECTIONAL OFFICER
   INDIANA State PRISON
   MICHIGAN CITY PRISON
   1 PARK ROW
   MICHIGAN CITY, IN
   46360

## II. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

☑ YES      ☐ NO

B. If yes, did you file a grievance about the things you are suing about?

☐ YES [Attach the response from the final step of the grievance process.]

☑ NO [Explain why you did not file a grievance.]

I was told by INTERNAL Affairs that the INformal, And statement given was part of the grievance process. All of which, again assured with the Major.

\* Page #2b. Attach

2

\#2b.

\# 3:15-cv-00442-JVB-CAN

Court:

As to the ORDER I received March 4th, 2016 of one Officer's articulated name and spelling I used in my Complaint. I want to clearly say: I'm suing Officer Brady Janovitz, and Officer Eric Parrish. And that this (3:15-cv-442) is the second Amend Complaint.

I Nykaza Gee would like to say: I'm Sorry! For the inconvenience, and to parties of concern.

Shortly after this incident, I seek to find the (Attacker) Officer's name. And that's what, was said from a staff.

Later as I plan to take action; a librarian told me for starters, that I had to write everything out. I did so on my spare time by way of ruff draft to what I recollect.

As I plan before hand on filing the Complaint I request to the administrator's staff about the proper name and spelling of the Officer's. And that's what you have now before you.

Also, I want to say: After the incident then on... The articulated name stuck to me. So I want to clear the air; for any yet all statements taken from me, here at Michigan City Prison about the July 21, 2014 incident as well.

Thank You,

N. GEE (127839)

## III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation. **Number your paragraphs.**

1. I'm suing Officer ERIC PARRISH for his function and accomplish in the injury's and attempt to Murder with Officer Brady Janovitz. On July 21, 2014, Time (11:00 A.M. noon — 1:30pm.) In (B) Cell-House at Michigan City Prison in Michigan City Indiana.
With the Confindment, and disfunctional left hand middle finger on NYKAZA Gee thur out the Attack. Cut to the fore-head, brused and swollen right shoulder with skin removed. Causing A internal poke under Gee's right back shoulder blade (near back spine) still. All with the intent to Murder. And never releast Gee's middle finger. "Left hand middle finger" I might add.* HEAr More Attach.

2. I'm suing Officer Brady Janovitz for Attempt to MURDER. The push and ramming into the Cell-House bars causing a cut to the fore-head of NYKAZA Gee. The disfunctional shoulder and poke to Mr. Gee's right shoulder blade of his back. The twist to Mr. Gee's right arm, and choke-hole to NYKAZA Gee neck seal.

3

*Cause(s) of Action with Supporting Facts (continued)*

2.b The hit to Gee's back of the head causing decapitated internal head removal from it's stand. The Chop! To the back of Gee's head with a blade, and the Attempt to Murder. On July 21, 2014, Time (11:00 A.M. noon — 1:30 p.m.) In (B) Cell-House at Michigan City Prison, in Michigan City INDIANA. That later cause several stitches to the back of Nykaza Gee's head when he came too. However Mr. Gee suffered for up to (58) fifty-eight days with his internal decapitated head from it's stand, and unseal until treated. Mr. Gee's 20/20 vision is gone (needed glasses). Scaired! with a disfigurated head. *Hear more Attach

Both officer Brady Janovitz, and officer Eric Parrish violated: United States Constitutional number (8) eight, and (14) Fourteen Amendment.

To ALL Concern Parties:

You should have Supporting Facts #A & #B ISP #3487 Health Care: Decapitated Head Surgery. Optometry: Appointments/glasses pick-up slips from previous Complaint.

Attach! More PAGE (4) Supporting Facts: Pages (1 out of 6)

4

USDC IN/ND case 3:15-cv-00442-JVB-MGG   document 13   filed 03/15/16   page 6 of 13

## Attack/Attempted Murder

On July 21, 2014 I Nykaza Gee (127839) left my cell at B-420-North; In (B) Cell House, at Michigan City Prison. To go downstairs to pick-up my wheelchair passenger on early line movement at (B-119-South) cell. To roll him to lunch, and school. And to see was he going that day. The cell-house had just came off lock-down that morning. The time of this incident (11:00 A.M. noon — 1:30 p.m.). He was not going. I then walk back up-stairs to visit another offender at cell (B-421-South). And to wait for the lunch line to be called. As time went by: ME! Standing-out on the range on 400-South at my visitor's cell (B-421-South) I ask him to ajust his fan as I talk to his neighbor for a little bit. It was hot that day, and the south-side is more hotter than the north-side, to my ideal. I was a "Recycle Recovery Operator" for (B) Cell-House from July 20, 212 thur January 2014. And had been housed at (B) Cell-House, B-420-North at Michigan City Prison, since my arrival: (March 2, 2010) from Pendleton Correctional Facility. As I continued my visit, I explain: after I wash my face before I left my cell I put on some hair-dresser oil, onto my beard, And I felt a little heated, and plus this side is hot. B-421-South then laugh, and said: Na'll that's that hat on your head. I said: quit trying to be funny you know them clowns put magic shave in my hair (November 2013 thur January 2014 when notice).

I then decided to sit on the ground, placing one hand after another down the cell bars located at (B) cell-House 421-South. So I wouldn't get that dirty. (knowing possible laundry that night, or soon). Offender B-421-South moved his fan around on the floor directly on me to shoot-out on the range. It was already on the floor as he was doing etc. things in his cell before chow, and talking to me. As time went on, I notice (2) two Correctional Officers coming down 400 South range. I stated: now here they come as soon as I get comfortable. B-421-South stated: who? As he then started to look out his mirror. I then said: let me scoot over so they can get by. As the (2) two Correctional Officers walk down the range. Up too the front of the cell (B-421-South) door, and the front of my feet. It was (now who I know as) officer Parrish, and officer Janovitz. Officer Parrish stated: What's going on Mr. Gee. I stated: Nothing just trying to keep cool, it's hot! Officer Parrish stated: You sure. I stated: Yeah! Man I'm cool. Officer Parrish stated: Why you sitting on the floor. I said: cause that's where his fan is. I then moved over closer to the cell of B-421-South, as I stated: why ya'll need to get by. Officer Parrish said: Na'll we're alright! I look at officer Parrish and said: What! Thats not enough room, or you just gone hang-out wit us. Officer Parrish stated: I want to know why you on the floor. I said: as I got up It aint like I can't get up, see... I said I told you I was hot.

Officer Parrish moved around to my left side, As Officer Janovitz moved forward to my right-side. I said: Dang Man I'm about to sit back down, it's hot! And ya'll surrounding me. Officer Parrish said: Na'll just stand here. I said: for what, it's hot; I just oil my beard, and plus I got this hat on. And I'm suppose to be out. Dude not going today (school). As Officer Parrish was reaching and holding my rist, officer Janovitz moved in closer to my right arm. Officer Parrish releast my left arm rist; and took my hand and middle finger. I said: Man what you on. Am I under arrest for something. No! Responce. That's when Officer Janovitz start to hold my right hand and back right arm. As both Officer start to move me (NYKAZA Gee) around left to right. And then start to pull both left and right arm. Officer Parrish never let my left hand middle finger go. Officer Parrish started to raise my left arm up. And began bending my left hand middle finger back, As the two, and I where moving up the range. I stated: come on man why you doing that? At that time Officer Janovitz push the back of my fore-head and neck into the bars. I stated: That's what we on! Officer Parrish continue to hold my left rist and bending my left middle finger as I leaned over. I then was push into the bars by one of the Officer's whole body. And then Officer Janovitz took my right hand and arm pushing it into the bars. (As my hat fell off). Ramming my right shoulder into the bars. Then as I began to raise up Officer Janovitz let my right hand go.

USDC IN/ND case 3:15-cv-00442-JVB-MGG   document 13   filed 03/15/16   page 9 of 13

An began to put me into a head-lock, and choking me. I could not do nothing but open both hands... (officer Parrish continue to bend my left middle finger through it all). Officer Janovitz then finally stop choking me; letting me and my neck, and head go. Officer Parrish continue to bend my left middle finger. And began raising my left arm up and moving me around to him. An then I began to lean over. And then I was knock into the back of my head very very hard! I was daised!. Officer Parrish never let my left middle finger go. I then heard a sound: Tick, Tick, Tick As I began to raise up... Then Chop! I was chopped in the back of my head with a blade. (My head lit-up and then shut-down) I felt my head being shook a little, and the blade lifted. And then I just went, I was out! When I came to: I saw my T-shirt and the concrete. Then black bars. I attempt to get up, and found Officer Parrish holding my left middle finger. He then began on his radio I then snatch my hand, and got up on my feet, and look around. Then pick-up my hat, walked up 400 south range, got to the center stair wells. And went up to the top of 500-south, and down to cell 503 South in (B) Cell-House. And ask that Offender, before he said: What's up! I said: You seen Parrish nem. He said: nall Parrish and Who? I said: I don't know, I never saw him before. Maybe once. I got to go. He started talking, as I kept going. And back down the stairs to 400 south. And down to B-421-South. I stated to him I can't go to my cell. Where they at! My head was just spinning I then saw a L.T. coming down the range.

He stated: Do you need a gurney, as I was walking back up 400 south. I said: a what, as I saw Officer Parrish coming down I then went around to my cell 400 north (B-420-North). Went inside close the door. Sip some water from the sink, and sat on the bed. Open my locker cabinet saw my mirror, and went to the back of my cabinet through my books and magazines to search for another mirror. At that time I glance and saw dark clothing at my cell door. I put a cookie in my mouth. He stated: They want you over at medical. I look, and it was Officer Janovitz with his cuffs in his hands. I said: as I lock my cabinet, and stood, why do I need cuffs, I haven't did nothing. As I turn to be cuff. I didn't know what to do. I walked some-what fast as he walk and then on to me down the range. Once getting down to the bottom of the stairs. Officer Rice then said: Once she saw us, he don't need cuffs. Officer Janovitz then removed the cuffs. As the front door of (B) Cell-House open I manage to walk outside of (B) Cell-House through the walk-way on to the Main Street over to the Infirmary I then had to come back, down Infirmary stairs (outside door lock) back on Main Street by the center checkpoint and (B) Cell-House I notice Officer Janovitz. He then took me by the arm and escorted me back down the walk-way of (B) Cell-House and The Church. Through the check-point across from (B) Cell-House. Officer Janovitz stated: as we got near the check-point now I'm going to get the keys out, so try, or don't run. I said: Man come on here.


As we got through the second door of the check-point we start to walk down the side walk of the Internal Affairs. Officer Janovitz began to slow up his walk, and stated: to me; you know you fell right! I said: MAN fell, alright whatever. He said: I'm serious! As we took a few more paces. He said: Alright! So what you gone tell em. I was speechless. As we turn the right corner of the side-walk. Nothing said down the walk and up the stairs of the Infirmary. As we went inside towards the back of the Infirmary through the cage and door. I said: I'm gone tell 'em what happen if they ask, what you mean? I then received Medical attention.

## IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint? ☑ NO ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____ Docket Number: _____

Date filed: _____ Date closed: _____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form cannot restore good time, expunge your record or get you released from custody.** For this type of relief, you must file a Habeas Corpus case under 28 U.S.C. § 2254.

(15) FIFTEEN BILLION DOLLARS

5

## VI. VERIFICATION AND SIGNATURE

## Initial Each Statement and Sign at the Bottom

_NG_ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_NG_ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_NG_ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_____ I have included full payment of the filing fee **OR** attached a properly completed prisoner petition to proceed *in forma pauperis* (available from the clerk) with a copy of my prison trust fund account statement for the six months preceding the filing of this case.

_NG_ I agree to promptly notify the clerk of any change of address.

_NG_ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_NG_ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this __10__ day of __MARCH__, 20_16_.

_____Nykazja Xsee_____
Your Signature

Mail all of these papers to the appropriate Clerk's office - see next page for addresses.

6