N. Gee. #127839 A-245

Michigan City, IN 46360

**CERTIFIED MAIL**

7012 2210 0001 8832 4076

OFFICIAL USE ONLY

Joseph
United
For the
Hammo
5400 Fe
Hammo

INDIANA STATE PRISON
LAW LIBRARY
LEGAL MAIL