**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: NYKAZA GEE | COURT CASE NUMBER: 3:15CV442 |
| DEFENDANT: OFFICER Brady Janovitz | TYPE OF PROCESS: |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NYKAZA GEE (127839)
A-245-S
Indiana State Prison
1 PARK ROW  Michigan City, In 46360

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FILED
MAY 31 2016
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

USMS N/IN 29 APR '16 AM 7:01

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 27 | District to Serve No. 27 | Signature of Authorized USMS Deputy or Clerk | Date: 5/11/16 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 5/16/16   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| 80.00 | 8.— | | 80.00 | 0 | $0.00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

## Kapost, Colette (USMS)

**From:** trackingupdates@fedex.com
**Sent:** Monday, May 16, 2016 12:54 PM
**To:** Kapost, Colette (USMS)
**Subject:** FedEx Shipment 776317137707 Delivered

This tracking update has been requested by:

Company Name:    United
Name:            Colette Kapost
E-mail:          colette.kapost@usdoj.gov

Our records indicate that the following shipment has been delivered:

Ship (P/U) date:          May 11, 2016
Delivery date:            May 16, 2016 12:52 pm
Sign for by:              S.WESTMAN
Delivery location:        MICHIGAN CITY, IN
Delivered to:             Shipping/Receiving
Delivery date:            Mon, 5/16/2016 12:52 pm
Service type:             FedEx Express Saver
Packaging type:           FedEx Envelope
Number of pieces:         1
Weight:                   0.50 lb.
Special handling/Services: Deliver Weekday

Tracking number:          776317137707

Shipper Information          Recipient Information
Colette Kapost               Pam James
United                       Indiana State Prison
5400 Federal Plaza           One Park Row
Suite 1200                   MICHIGAN CITY
Hammond                      IN
IN                           US
US                           46360
46320

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:53 PM CDT on 05/16/2016.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the status of this shipment online, please use the following:

1