UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NYKAZA GEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:15-cv-00442-JVB-CAN |
| | ) |
| ERIC PARRISH and BRADY JANOVITZ, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE

To the Clerk of this court and all parties of record:

I, the below-signed, state that pursuant to N. D. Ind. L.R. 83-5, I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Defendants Eric Parrish and Brady Janovitz, in the above-referenced matter.

Respectfully Submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Atty. No. 1958-98

Date: June 3, 2016   By:   /s/*Philip Gordon*
Philip Gordon
Deputy Attorney General
Atty. No. 31321-49
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
(317) 232-6217; (317) 232-7979 (fax)
Philip.Gordon@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the registered attorneys:

I also certify that a copy was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following non-CM/ECF participant:

Nykaza Gee
DOC # 127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

/s/ *Phillip Gordon*
Philip Gordon
Deputy Attorney General

Office of Attorney General
Indiana Government Center South – 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:    (317) 232-6217
Fax:               (317) 232-7979
Email: Philip.Gordon@atg.in.gov