IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| NYKAZA GEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:15-cv-00442-JVB-CAN |
| | ) | |
| ERIC PARRISH and BRADY | ) | |
| JANOVITZ, | ) | |
| | ) | |
| Defendants. | ) | |

## INITIAL MOTION FOR EXTENSION OF TIME PURSUANT TO N.D. IND. L. R. 6-1

Defendants, Erick Parrish and Brady Janovitz ("Defendants"), by counsel, respectfully submit their Initial Motion for Extension of Time Pursuant to N.D. Ind. L.R. 6-1 ("motion") to respond to Plaintiff's complaint.  In support thereof, Defendants state the following:

1. Nykaza Gee ("Plaintiff") filed a Prisoner Complaint pursuant to 42 U.S.C. § 1983 on March 15, 2016.

2. Service of Summons on Defendants was effectuated on May 16, 2016, making Defendants' Answer due on June 6, 2016, which has yet to pass.

3. Defendants require additional time to review and investigate the allegations in the complaint and prepare their responsive pleading.

4. This extension does not interfere with any case management plan, scheduled hearings, or other case deadlines.

5. Plaintiff is a pro se and he is currently incarcerated, making conferring with him regarding this motion impracticable.

6. Pursuant to N.D. Ind. L.R. 6-1, Defendants request a twenty-eight (28) day extension of time, specifically to **July 5, 2016,** to file an Answer to Plaintiff's Complaint.

**WHEREFORE**, Defendants respectfully request that the Court grant their extension of time to and including July 5, 2016, to file an Answer to Plaintiff's Complaint in the above-captioned matter.

Date: June 3, 2016　　　　　　　　　　By: s/ *Philip A. Gordon*
　　　　　　　　　　　　　　　　　　　　Philip A. Gordon
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Attorney No. 31321-49

　　　　　　　　　　　　　　　　　　　　Office of the Indiana Attorney General
　　　　　　　　　　　　　　　　　　　　Indiana Government Center South, 5th Floor
　　　　　　　　　　　　　　　　　　　　302 W. Washington St.
　　　　　　　　　　　　　　　　　　　　Indianapolis, IN   46204-2770
　　　　　　　　　　　　　　　　　　　　Telephone: (317) 232-7144
　　　　　　　　　　　　　　　　　　　　Fax: (317) 232-6217
　　　　　　　　　　　　　　　　　　　　E-mail: Philip.Gordon@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2016, the foregoing *Initial Motion for Extension of Time Pursuant to N.D. Ind. L.R. 6-1* was electronically filed with the Clerk of the Court using the CM/ECF system.

I also certify that a copy was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following non-CM/ECF participant:

Nykaza Gee
DOC # 127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

 s/ *Philip A. Gordon*
Philip A. Gordon
Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:  (317) 232-6217
Fax:  (317) 232-7979
Email:  Philip.Gordon@atg.in.gov