UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NYKAZA GEE, | ) |
| | ) |
|        Plaintiffs, | ) |
| | ) |
| v. | ) Case No.  3:15-cv-00442-JVB-CAN |
| | ) |
| ERIC PARRISH and BRADY JANOVITZ, | ) |
| | ) |
|        Defendants. | ) |

## APPEARANCE

To the Clerk of this court and all parties of record:

I, the below-signed, state that pursuant to N. D. Ind. L.R. 83-5, I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct within the Seventh Federal Judicial Circuit.  I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Defendants Eric Parrish and Brady Janovitz, in the above-referenced matter.

                                                              Respectfully Submitted,

                                                              GREGORY F. ZOELLER
                                                               Indiana Attorney General
                                                               Atty. No. 1958-98

Date:  June 3, 2016           By:    /S/*Matthew K. Phillips*
                                                            Matthew K. Phillips
                                                            Deputy Attorney General
                                                           Atty. No. 28724-49
                                                           Indiana Government Center South, 5th Floor
                                                           302 W. Washington Street
                                                           Indianapolis, IN  46204-2770
                                                           (317) 234-2415; (317) 232-7979 (fax)
                                                           Matthew.Phillips@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the registered attorneys:

I also certify that a copy was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following non-CM/ECF participant:

Nykaza Gee
DOC # 127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

/s/ *Matthew K. Phillips*
Matthew K. Phillips
Deputy Attorney General

Office of Attorney General
Indiana Government Center South – 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:    (317) 234-2415
Fax:          (317) 232-7979
Email: Matthew.Phillips@atg.in.gov