UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| NYKAZA GEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO. 3:15-CV-442 JTM-CAN |
| v. | ) | |
| | ) | |
| INDIANA DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The defendants Brady Janovitz and Eric Parrish, by counsel, seek additional time to respond to the complaint. Counsel explains that additional time is needed to review and investigate the allegations before preparing a responsive pleading. This is the defendants first request for additional time. In the interests of justice, the motion (DE 19) is **GRANTED** and the deadline for responding is **ENLARGED** to **July 5, 2016**.

SO ORDERED.

Dated this 8th Day of June, 2016.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge