IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NYKAZA GEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:15-cv-00442-JVB-CAN |
| | ) |
| ERIC PARRISH and BRADY JANOVITZ, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendants, Erick Parrish and Brady Janovitz ("Defendants"), by counsel, respectfully submit their Second Motion for Extension of Time to Answer Plaintiff's Complaint ("motion"). In support of this motion, Defendant states the following:

1. Plaintiff, Nykaza Gee ("Plaintiff") filed her complaint on March 15, 2016.

2. Service of Summons on Defendants was effectuated on May 16, 2016, making Defendants' Answer due on June 6, 2016.

3. On June 3, 2016, Defendants filed an Initial Motion for Extension of Time Pursuant to N.D. IND. L. R. 6-1, making Defendants' Answer due on July 5, 2016, which has yet to pass.

4. Defendants require an additional fourteen (14) days to gather and review documents that may be used to prove its defenses to the allegations in the complaint. Defendants anticipate fourteen (14) days will be adequate time to review additional documentation and prepare their responsive pleading.

5. Defendants now request a fourteen (14) day extension of time, specifically to **July 19, 2016**, to file an answer to the complaint.

6. This extension does not interfere with any case management plan, scheduled hearings, or other case deadlines.

7. Plaintiff is a pro se and he is currently incarcerated, making conferring with him regarding this motion impracticable

WHEREFORE, Defendants, by counsel, respectfully request that the Court grant Defendants' extension of time to and including July 19, 2016, to file an answer to the complaint in the above-captioned matter.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

By: */s/ Philip A. Gordon*
Philip A. Gordon
Deputy Attorney General
Atty. No.: 31321-49

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2016, the foregoing ***Defendants' Second Motion for Extension of Time to Answer Plaintiff's Complaint*** was electronically filed with the Clerk of the Court using the CM/ECF system.  I further certify that the document was mailed by United States Postal Service, first-class postage prepaid and properly addressed, to the following non CM/ECF participants:

Nykaza Gee
DOC # 127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

*s/ Philip A. Gordon*
Philip A. Gordon
Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South - 5th Floor
302 W. Washington Street
Indianapolis, IN  46204
Phone: (317) 232-6217
Fax:    (317) 232-7979
Email: Philip.Gordon@atg.in.gov

3