UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NYKAZA GEE, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>INDIANA DEPARTMENT OF )<br>CORRECTIONS, *et al.*, )<br>)<br>   Defendants. ) | CAUSE NO. 3:15-CV-442 JTM-CAN |

### ORDER

The defendants Brady Janovitz and Eric Parrish, by counsel, move for a second extension of time to respond to the complaint. (DE 22.) Counsel states that fourteen (14) additional days are needed to investigate the complaint, review additional documents and prepare their responsive pleading. It does not appear that the plaintiff would be prejudiced by this short delay. In the interest of justice, the motion (DE 22) is **GRANTED**, and the time for the defendants to respond to the complaint is **ENLARGED** to and including July 19, 2016.

SO ORDERED.

Dated this 7th Day of July, 2016.

                                                                S/Christopher A. Nuechterlein
                                                                 Christopher A. Nuechterlein
                                                                 United States Magistrate Judge