UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NYKAZA GEE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CAUSE NO. 3:15-CV-442-JVB-CAN |
| ) | |
| ERIC PARRISH and BRADY ) | |
| JANOVITZ, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' ANSWER AND STATEMENT OF DEFENSES

Defendants Eric Parrish and Brady Janovitz, by counsel, hereby submit their Answer and Statement of Defenses to Plaintiff's complaint. In answer to the complaint, the Defendants state the following:

### I. PARTIES

A.   **PLAINTIFF**

1. Defendants admit that an individual named Nykaza Gee was assigned the Indiana Department of Correction number 127839.

2. Defendants admit that the Plaintiff is currently incarcerated at Indiana State Prison.

3. Defendants admit that the address for the Indiana State Prison is 1 Park Row St. Michigan City, IN 46360.

4. Defendants admit that the Plaintiff was incarcerated at the Indiana State Prison on the date of the alleged incident.

5. Defendants admit that the alleged incident occurred after the Plaintiff was convicted while confined serving a sentence.

**B.     DEFENDANT(S)**

1. Defendants admit that Plaintiff has filed a lawsuit naming Eric Parrish, a correctional officer at the Indiana State Prison, as a defendant. Defendants admit that the Indiana State Prison has an address of 1 Park Row St. Michigan City, IN 46360.

2. Defendants admit that Plaintiff has filed a lawsuit naming Brady Janovitz as a defendant. Defendants admit that the Indiana State Prison has an address of 1 Park Row St. Michigan City, IN  46360.

## II. GRIEVANCE PROCEDURE

F.  Defendants admit there is a prison grievance system that would permit Plaintiff to file a grievance about the allegations in this lawsuit.

G.  Defendants deny that the Plaintiff has filed a grievance about the subject matter of this lawsuit.

## III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Defendants admit that Plaintiff has brought an action under 42 U.S.C. § 1983. Defendants deny that Eric Parish and Brady Janovitz used force against Plaintiff to maliciously or sadistically cause him harm.

Defendants further deny that they violated Plaintiff's Eighth Amendment rights. Defendants further deny any and all of the allegations in Plaintiff's complaint.  The remaining claims were dismissed by the Court, and thus require no response from Defendants. *See* ECF 14.

## IV. PREVIOUS LAWSUITS

Defendants are without sufficient information to admit or to deny the allegations regarding Plaintiff's previous lawsuits.

## V. RELIEF

Defendants deny the Plaintiff is entitled to the relief requested or any relief whatsoever.

## GENERAL DENIAL

Defendants deny any and all remaining allegations set forth in Plaintiff's Complaint not herein previously admitted or denied.

## STATEMENT OF DEFENSES

Defendants state the following in defenses to the claims made by Plaintiff in his complaint:

1. Plaintiff's rights, privileges and immunities secured under the Constitution or laws of the United States have not been violated by any alleged action or inaction of Defendants. The Defendants at all times acted reasonably, without malice, and in good faith.

2. Plaintiff failed to exhaust available administrative remedies prior to initiating this lawsuit, as is required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a).

3. Plaintiff's complaint fails to state a claim upon which relief can be granted.

4. The Defendants' actions were objectively reasonable and did not violate any clearly established principle of federal law; therefore, the Defendants are entitled to qualified immunity.

5. Defendants reserve the right to amend their answer and defenses as more information is obtained

WHEREFORE, Defendants, by counsel, respectfully request that the Plaintiff take nothing by his complaint, that judgment be entered in favor of the Defendants and against the Plaintiff, and any other such relief as the Court deems just and appropriate.

        Respectfully submitted,

        GREGORY F. ZOELLER
        Attorney General of Indiana
        Atty. No. 1958-98

By:    */s/ Philip A. Gordon*
        Philip A. Gordon
        Deputy Attorney General
        Atty. No. 31321-49

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  I also certify that a copy of the foregoing was sent by United States Mail, postage prepaid to the following:

Nykaza Gee
DOC #127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

*/s/ Philip A. Gordon*
Philip A. Gordon
Deputy Attorney General


Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6217
Fax:  (317) 232-7979
Email: Philip.Gordon@atg.in.gov