UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NYKAZA GEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 3:15-CV-442 JVB-CAN |
| v. | ) |
| | ) |
| INDIANA DEPARTMENT OF | ) |
| CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

In their answer to the amended complaint, the defendants assert (DE 25 at 3) that Nykaza Gee did not exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a). The Seventh Circuit has directed that "in the ordinary case discovery with respect to the merits should be deferred until the issue of exhaustion is resolved." *Pavey v. Conley*, 544 F.3d 739, 742 (7th Cir. 2008). There does not appear to be any need for discovery in this case related to the merits or the exhaustion claim. Therefore, all discovery will be stayed pending the resolution of a summary judgment motion related to the exhaustion of administrative remedies.

For these reasons, the court **ENTERS** the following preliminary **SCHEDULING ORDER**, which, pursuant to Federal Rule of Civil Procedure 16(b), shall not be modified except upon a showing of good cause: the defendants are **GRANTED** until September 19, 2016, to file one summary judgment motion based on the exhaustion of administrative remedies. All discovery is **STAYED** pending the resolution of this affirmative defense. The defendants are **CAUTIONED** that if no summary judgment motion is filed by the deadline, this affirmative defense will be deemed

waived and forfeited.[1] The defendants are **REMINDED** that N.D. IND. L.R. 56-1(f) requires that "A party seeking summary judgment against an unrepresented party must serve that party with the notice contained in Appendix C." The defendants are **ALERTED** that the language of Appendix C was amended on January 19, 2016.

SO ORDERED.

Dated this 22nd Day of July, 2016.

                                        S/Christopher A. Nuechterlein
                                        Christopher A. Nuechterlein
                                        United States Magistrate Judge

---

[1] Preferably, the defendants would (before the deadline) either file an amended answer without the affirmative defense or a notice withdrawing it.