UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NYKAZA GEE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CAUSE NO. 3:15-CV-442-JVB-CAN |
| ) | |
| ERIC PARRISH and BRADY ) | |
| JANOVITZ, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, by counsel, Philip A. Gordon, Deputy Attorney General, pursuant to Federal Rule of Civil Procedure 56, respectfully submit this Motion for Summary Judgment, and in support state the following:

1. On March 15, 2016, Plaintiff filed his Prisoner Civil Rights Complaint. (ECF 1).

2. The Complaint was screened by the Court on April 26, 2016. (ECF 14).

3. The Court's screening process permitted his Eighth Amendment Claims against Defendants Eric Parrish and Brady Janovitz to proceed. *Id*.

4. On July 19, 2016, Defendants filed their Answer and Statement of Affirmative Defenses. (ECF 25). Among other defenses, Defendants raised the affirmative defense that the Plaintiff's claims are barred due to his failure to exhaust all administrative remedies before initiating this lawsuit, as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997(e).

5. By failing to complete the IDOC grievance procedure, Plaintiff failed to exhaust his administrative remedies prior to filing his lawsuit as required under the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a).

6. There is no genuine issue of material fact regarding Plaintiff's failure to file a grievance and Defendants are entitled to judgment as a matter of law on all claims.

7. Defendants request that the Court grant summary judgment in their favor based upon Plaintiff's failure to exhaust all administrative remedies available to him.

8. Defendants have contemporaneously filed a Memorandum in Support of this Motion, which is incorporated herein by reference.

WHEREFORE, Defendants by counsel, respectfully request that the Court grant summary judgment in their favor, and for all other just and proper relief.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

Date:  September 19, 2016          By:  s/ *Philip A. Gordon*
Philip A. Gordon
Deputy Attorney General
Attorney No. 31321-49

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  (317) 232-6217
Fax:  (317) 232-7979

Email:  Philip.Gordon@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  I also certify that a copy of the foregoing was sent by

United States Mail, postage prepaid to the following:

Nykaza Gee
DOC #127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

/s/ Philip A. Gordon
Philip A. Gordon
Deputy Attorney General


Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6217
Fax:  (317) 232-7979
Email: Philip.Gordon@atg.in.gov