# CERTIFICATION OF RECORDS
State Form 36084 (R2 / 2-99)

I, Randy Short, officially designated as keeper of the Records for the Central Office, Indiana Department of Correction, 302 West Washington Street, Room E334, Indianapolis, Indiana, do hereby certify that the attached document(s), numbered Exhibit B, and listed below, is/are true and correct copy(ies) of the record of Nykaza Gee, Number 127839, as these records are numbered in this office.

In witness thereof, I hereunto subscribe my name and affix the seal of Indiana Department of Correction on this 17th day of August, 2016.

_Signature_

### ATTACHED DOCUMENTS

Exhibit B - Offender Grievance History

| | |
|---|---|
| Name of requestor: Philip A Gordon | Title or agency: Deputy Attorney General |
| Address of requestor: 302 W Washington St., I.G.C.S. 5th Floor, Indianapolis, IN 46204-2770 | Date signed: 8/17/2016 |

County of Marion
State of Indiana } SS:

On this 17th day of August, 2016, Randy Short to me known to be Program Director of Offender Placement of the Indiana Department of Correction, and acknowledged the execution of the foregoing instrument.

Signature of Notary Public: _Jennifer L Arnold_
Name of Notary Public: Jennifer L Arnold
Date signed: 8/17/2016
County of residence: Marion
Date commission expires: 03/06/2024

DISTRIBUTION:  White - Requestor;   Canary - Offender file;   Pink - Central Office file

**Indiana Department of Correction**
Indiana State Prison

## History of Grievances for Offender
### 127839   NYKAZA GEE

| Facility | Log ID | Topic | Torte Claim Filed | Appeal/Level | Level Receive Date |
|---|---|---|---|---|---|

20-APR-16 12:37 PM                    Page 1 of 1

