UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NYKAZA GEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:15-CV-442-JVB-CAN |
| | ) |
| ERIC PARRISH and BRADY JANOVITZ, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE

Philip A. Gordon, Deputy Attorney General, requests the Court withdraw his appearance as counsel for the Defendants, Eric Parrish and Brady Janovitz in this matter.  He will no longer be employed by the Office of the Indiana Attorney General effective November 10, 2016.

Matthew K. Phillips, Deputy Attorney General, appears and remains as counsel for the Defendants in this matter.

                                          Respectfully submitted,

                                          GREGORY F. ZOELLER
                                          Indiana Attorney General
                                          Attorney No. 1958-98

Date:  November 10, 2016           By: s/ Philip A. Gordon
                                          Philip A. Gordon
                                          Deputy Attorney General
                                          Attorney No. 31321-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6217 Fax:    (317) 232-7979
Email:  Philip.Gordon@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

I further certify that the document was mailed by United States Postal Service, first-class postage prepaid and properly addressed, to the following non CM/ECF participants:

Nykaza Gee
DOC # 127839
Indiana State Prison
One Park Row
Michigan City, IN 46360

        *s/Philip A. Gordon*
        Philip A. Gordon
        Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone: (317) 232-6217
Fax: (317) 232-7979
Email: Philip.Gordon@atg.in.gov