UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NYKAZA GEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO. 3:15-CV-442 JVB-MGG |
| v. ) | |
| ) | |
| INDIANA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Attorney Philip Gordon moves to withdraw his appearance from this case. (DE 31.) He is leaving his employment with the Office of the Indiana Attorney General, and another deputy attorney general has filed an appearance in the case. In the interest of justice, the motion to withdraw appearance (DE 31) is **GRANTED**, and attorney Philip Gordon is terminated as counsel in this case.

SO ORDERED.

Dated this 14th Day of November, 2016.

S/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge