AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

**NYKAZA GEE**;
                Plaintiff(s)

v.        **Civil Action No.** 3:15cv442

**INDIANA DEPARTMENT OF CORRECTIONS** (term 1/11/16);
**OFFICER JARVARISH**, Indiana State Correctional Officer (term 3/7/16);
**OFFICER BRADY JANOVITZ**, Indiana State Correctional Officer (term 3/7/16);
**KEN YOUNG**, Sergeant Indiana State Correctional Officer (term 3/14/1);
**OFFENDERS**, Several State Offenders (term 3/14/16);
**ERIC PARRISH**, Officer Indiana State Correctional Officer;
**BRADY JANOVITZ**, Officer Indiana State Correctional Officer;
                Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   This case is DISMISSED WITHOUT PREJUDICE pursuant to 42 U.S.C. § 1997e(a).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Judge   Joseph S. Van Bokkelen   on a motion for   Summary Judgment

DATE:   November 21, 2016          ROBERT TRGOVICH, CLERK OF COURT

                                        by   S/ J. Darrah
                                            *Signature of Clerk or Deputy Clerk*